James LUMPKIN *v.* STATE of Arkansas

CR 04-39                                                    144 S.W.3d 281

Supreme Court of Arkansas
Opinion delivered January 29, 2004

*Don Etherly*, for appellant.

No response.

P ER CURIAM. Appellant James Lumpkin, by and through his attorney, has filed a motion for rule on the clerk. His

attorney, Don Etherly, states in the motion that the record was tendered late due to a mistake on his part.

 We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.